**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| U.S. SYNTHETIC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 4:20-CV-03973 |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ZHENGZHOU NEW ASIA SUPERHARD | ) | |
| MATERIALS COMPOSITE CO., LTD. ET | ) | |
| AL., | ) | |
| | ) | |
| Defendants. | | |

**JOINT STATUS REPORT**

Pursuant to the Court's March 5, 2026 Order to Show Cause (Dkt. 22), the parties submit this Joint Status Report regarding the status of the related litigation before the United States International Trade Commission ("Commission") in Certain Polycrystalline Diamond Compacts and Articles Containing Same, Inv. No. 337-TA-1236 (Remand).

On December 4, 2025, the Commission issued its remand determination finding a violation of Section 337 and issuing a limited exclusion order and a cease and desist order. *See* Certain Polycrystalline Diamond Compacts and Articles Containing Same; Notice of a Final Determination Finding a Violation of Section 337 and Issuing a Limited Exclusion Order and a Cease and Desist Order; Termination of Investigation, 90 Fed. Reg. 57,097 (Dec. 9, 2025). The Federal Register notice further states that the Commission's orders and opinion were delivered to the President and the United States Trade Representative on the day of issuance. *Id.* at 57,098.

Under 19 U.S.C. § 1337(j)(2) and (4), the 60-day presidential review period ran through February 2, 2026, and the Commission's determination became final on February 3, 2026. Under 19 U.S.C. § 1337(c), a party may appeal the Commission's final determination to the United States Court of Appeals for the Federal Circuit within 60 days after the determination becomes final.

1

Applying Fed. R. App. P. 26(a)(1), the 60th day fell on Saturday, April 4, 2026, such that the outside date for a direct appeal is Monday, April 6, 2026.

Accordingly, as of the date of this report, the time for any direct appeal from the Commission's remand determination has not yet expired. The parties therefore respectfully request that the Court maintain the stay in this action through April 6, 2026. If no appeal is filed, the parties will submit a joint proposal regarding next steps no later than April 16, 2026. If an appeal is filed, if an appeal is filed, the stay will remain in effect pursuant to 28 U.S.C. § 1659(a), as construed in *In re Princo Corp.*, 486 F.3d 1365, 1368–69 (Fed. Cir. 2007).

Dated: March 27, 2026          Respectfully submitted,

By:  */s/ Miranda Y. Jones*
      Miranda Y. Jones (Attorney-in-Charge)
      State Bar No. 24065519
      Southern District ID No. 1147635
      **WINSTEAD PC**
      2728 N. Harwood Street, Suite 500
      Dallas, Texas 75201
      Tel.: 214.745.5400
      Fax: 214.745.5390
      Email:    mjones@winstead.com

      James R. Barney*
      Mareesa A. Frederick*
      Kelly S. Horn*
      Alexander E. Harding*
      **FINNEGAN, HENDERSON, FARABOW,**
      **GARRETT & DUNNER, LLP**
      901 New York Avenue NW
      Washington, DC 20001
      (202) 408-4000 Phone
      james.barney@finnegan.com
      mareesa.frederick@finnegan.com
      kelly.horn@finnegan.com
      alexander.harding@finnegan.com

2

Daniel C. Cooley*
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, LLP**
1875 Explorer St., Suite 800
Reston, VA 20190
(571) 203-2700 Phone
daniel.cooley@finnegan.com

**ATTORNEYS FOR U.S. SYNTHETIC**
**CORPORATION**

*admitted pro hac vice*

By: */s/ Greg R. Wehrer*

**Greg R Wehrer**
Squire Patton Boggs LLP
600 Travis Street, Suite 6700
Houston, TX 77002
713-546-5850
Email: greg.wehrer@squirepb.com

**COUNSEL FOR DEFENDANT INTERNATIONAL**
**DIAMOND SERVICES**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2026, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's CM/ECF system upon all counsel of record.

*/s/ Miranda Y. Jones*
Miranda Y. Jones

3