**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| U.S. SYNTHETIC CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 4:20-CV-03973 |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| ZHENGZHOU NEW ASIA SUPERHARD | ) | |
| MATERIALS COMPOSITE CO., LTD. | ) | |
| and INTERNATIONAL DIAMOND | ) | |
| SERVICES, INC., | ) | |
| | | |
| Defendants. | | |

**JOINT NOTICE**

Plaintiff US Synthetic Corporation and Defendant International Diamond Services Inc. hereby notify the Court that the time has now expired for any party to take an appeal from the December 19, 2025 Final Determination issued by the United States International Trade Commission ("ITC" or "Commission") Investigation No. 337-TA-1236. Accordingly, the stay should be lifted as required by 28 U.S.C. §1659(a) since the determination of the ITC has now become final.

Dated: April 16, 2026                    Respectfully submitted,

By: */s/ Miranda Y. Jones*
    Miranda Y. Jones (Attorney-in-Charge)
    State Bar No. 24065519
    Southern District ID No. 1147635
    **WINSTEAD PC**
    2728 N. Harwood Street, Suite 500
    Dallas, Texas 75201
    Tel.: 214.745.5400
    Fax: 214.745.5390
    Email:   mjones@winstead.com

1

James R. Barney*
Mareesa A. Frederick*
Kelly S. Horn*
Alexander E. Harding*
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
(202) 408-4000 Phone
james.barney@finnegan.com
mareesa.frederick@finnegan.com
kelly.horn@finnegan.com
alexander.harding@finnegan.com


Daniel C. Cooley*
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP**
1875 Explorer St., Suite 800
Reston, VA 20190
(571) 203-2700 Phone
daniel.cooley@finnegan.com

**COUNSEL FOR PLAINTIFF**

*admitted pro hac vice*

By: */s/ Greg R Wehrer (by permission)*

Greg R Wehrer, Attorney-in-Charge
**Squire Patton Boggs (US) LLP**
600 Travis Street, Suite 6700
Houston, TX 77002
713-546-5850
Email: greg.wehrer@squirepb.com

Adam R. Hess*
Alex E. Wolcott*
Rachael A. Harris*
Anna E. Fraser*
**Squire Patton Boggs (US) LLP**
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
IDSService1236@squirepb.com
adam.hess@squirepb.com
alex.wolcott@squirepb.com

2

rachael.harris@squirepb.com
anna.fraser@squirepb.com

**COUNSEL FOR INTERNATIONAL DIAMOND SERVICES INC.**

*admitted pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2026, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's CM/ECF system upon all counsel of record.

*/s/ Miranda Y. Jones*
Miranda Y. Jones